IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANCH BANKING AND TRUST CO., ) successor in interest to COLONIAL BANK ) by asset acquisition from the FDIC as ) Receiver for Colonial Bank, ) ) Plaintiff, ) ) v. ) ) SOUTHERN LAND TRADERS, INC., ) and TODD B. CATON, ) ) Defendants. ) | Civil Action No. 2:14cv252-WHA (wo) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, Judgment is entered in favor of Branch Banking and Trust Co. and against Southern Land Traders, Inc. and Todd B. Caton in the amount of $410,725.73 as of March 27, 2015, plus $50.17 in interest a day from that date, for which execution may issue.

Costs are taxed against the Defendants.

Done this 29th day of April, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE